NOAH G. BLECHMAN (State Bar No. 197167)
Noah.Blechman@mcnamaralaw.com
SEAN R. VINCENT (State Bar No. 366769)
SVincent@mcnamaralaw.com
McNAMARA, AMBACHER, WHEELER,
HIRSIG & GRAY LLP
3480 Buskirk Avenue, Suite 250
Pleasant Hill, CA 94523
Telephone:    (925) 939-5330
Facsimile:    (925) 939-0203

Attorneys for Defendants
County of San Benito, Ken Griffin, Donna Carbonero
and Karen Overstreet

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEDRO IBARRA, an individual,<br><br>    Plaintiff,<br><br>    vs.<br><br>COUNTY OF SAN BENITO, a municipal corporation; KEN GRIFFIN, in his individual capacity; Donna CARBONERO, in her individual capacity; Karen OVERSTREET, in her individual capacity; and DOES 3-25, Jointly and Severally,<br><br>    Defendants. | Case No. 25-CV-04536 NW<br><br>**STIPULATION AND [PROPOSED AMENDED] ORDER CONTINUING CASE MANAGEMENT AND PRETRIAL ORDER DEADLINES** |

All parties, by and through their counsel of record, submit this Stipulation and Proposed Order wherein they stipulate as set forth below and hereby move this Court to modify its Case-Management and Pretrial Order (Jury), entered on December 3, 2025 (ECF 25).

The parties stipulate that good cause exists to amend the operative scheduling order as indicated below.

WHEREAS the Court previously ordered the Close of Fact Discovery to be completed by May 1, 2026 , with subsequent expert discovery, motion deadlines, and a trial date of December 14, 2026, to follow.

STIP AND [PROPOSED] ORDER CONT CASE
MGMT AND PRETRIAL ORDER DEADLINES - C25-04536 NW

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
3480 BUSKIRK AVENUE, SUITE 250, PLEASANT HILL, CA 94523
TELEPHONE: (925) 939-5330

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
3480 BUSKIRK AVENUE, SUITE 250, PLEASANT HILL, CA 94523
TELEPHONE: (925) 939-5330

WHEREAS the parties have been diligently working to exchange information, but require additional time to conduct and complete meaningful written discovery and subsequent depositions necessary to properly evaluate the claims and defenses in this matter;

WHEREAS counsel for the parties have experienced a heavy press of business, including concurrent litigation demands and competing professional obligations, which has impacted the timeline for completing all of the necessary foundational discovery, plus Plaintiff's counsel has produced a voluminous amount of documents in this matter;

WHEREAS the parties are also attending private mediation on May 13, 2026, and want additional time thereafter for discovery and expert retention should this matter not resolve, to also conserve party and public entity resources as well.

WHEREAS your Honor previously denied a stipulation without prejudice, as it decreased the amount of time the Court had with the fully briefed motions. Those defects have been cured and the Court's time with the fully briefed motions remains unchanged.

WHEREAS a roughly 45 day continuance of several key discovery deadlines and two week extension of dispositive motion briefing dates will allow the parties the necessary time to fully and properly develop the factual record while maintaining the Court's preferred spacing between key case milestones, as well as keep the dispositive motion hearing date, and pretrial and trial dates;

WHEREAS the parties propose the following new dates, subject to the Court's approval:

| Event | Current Deadline | Proposed Deadline |
| --- | --- | --- |
| Close of Fact Discovery | May 1, 2026 | June 15, 2026 |
| Opening Expert Reports | May 29, 2026 | June 22, 2026 |
| Rebuttal Expert Reports | June 26, 2026 | July 7, 2026 |
| Close of Expert Discovery | July 17, 2026 | August 4, 2026 |
| Deadline to File Dispositive Motions | August 7, 2026 | No Change. |
| Responses to Dispositive Motions | August 21, 2026 | No Change. |
| Replies to Dispositive Motions | August 28, 2026 | No Change. |
| Hearing on Dispositive Motions | September 30, 2026 | No Change. |

2

STIP AND [PROPOSED] ORDER CONT CASE
MGMT AND PRETRIAL ORDER DEADLINES - C25-04536 NW

| Deadline to File Joint Pretrial Statement | November 4, 2026 | No Change. |
|---|---|---|
| Final Pretrial Conference | November 18, 2026 | No Change. |
| Trial | December 14, 2026 | No Change. |

IT IS SO STIPULATED.

The parties attest that concurrence in the filing of these documents had been obtained from each of the other signatories, which shall serve in lieu of their signatures on the document.

Dated:  April 3, 2026                    CABALLERO & GETTLEMAN LAW OFFICE, INC.

By:   /s/ Jonathan Gettleman
JONATHAN C. GETTLEMAN
ELIZABETH M. CABALLERO
Attorney for Plaintiff, Pedro Ibarra

Dated:  April 3, 2026                    McNAMARA, AMBACHER, WHEELER,
HIRSIG & GRAY LLP

By:   /s/ Noah G. Blechman
Noah G. Blechman
Sean R. Vincent
Attorneys for Defendants
County of San Benito, Ken Griffin, Donna Carbonero
and Karen Overstreet

STIP AND [PROPOSED] ORDER CONT CASE
MGMT AND PRETRIAL ORDER DEADLINES - C25-04536 NW

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
3480 BUSKIRK AVENUE, SUITE 250, PLEASANT HILL, CA 94523
TELEPHONE: (925) 939-5330

**ORDER**

Pursuant to the stipulation of the parties, and with good cause appearing therefore, IT IS HEREBY ORDERED that the Case-Management and Pretrial Order in this case be modified as follows:

| Event | Current Deadline | New Deadline |
|---|---|---|
| Close of Fact Discovery | May 1, 2026 | June 15, 2026 |
| Opening Expert Reports | May 29, 2026 | June 22, 2026 |
| Rebuttal Expert Reports | June 26, 2026 | July 7, 2026 |
| Close of Expert Discovery | July 17, 2026 | August 4, 2026 |
| Deadline to File Dispositive Motions | August 7, 2026 | No Change. |
| Responses to Dispositive Motions | August 21, 2026 | No Change. |
| Replies to Dispositive Motions | August 28, 2026 | No Change. |
| Hearing on Dispositive Motions | September 30, 2026 | No Change. |
| Deadline to File Joint Pretrial Statement | November 4, 2026 | No Change. |
| Final Pretrial Conference | November 18, 2026 | No Change. |
| Trial | December 14, 2026 | No Change. |

IT IS SO ORDERED.


Dated: _____April 6___, 2026        By: _____
                                        HON. NOEL WISE
                                        U.S. DISTRICT COURT JUDGE

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
3480 BUSKIRK AVENUE, SUITE 250, PLEASANT HILL, CA 94523
TELEPHONE: (925) 939-5330

STIP AND [PROPOSED] ORDER CONT CASE
MGMT AND PRETRIAL ORDER DEADLINES - C25-04536 NW