Elizabeth M. Caballero (SBN 240249)
Jonathan Che Gettleman (SBN 243560)
**CABALLERO & GETTLEMAN**
**LAW OFFICE, INC.**
223 River Street, Suite D
Santa Cruz, CA 95060
Telephone: (831) 427-9055
Facsimile: (831) 515-5228
cglaw2015@gmail.com

Attorneys for Plaintiff,
Pedro Ibarra

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| PEDRO IBARRA, an individual,<br><br>                    Plaintiff,<br><br>        vs.<br><br>COUNTY OF SAN BENITO, a municipal corporation; KEN GRIFFIN, in his individual capacity; Donna CARBONERO, in her individual capacity; Karen OVERSTREET, in her individual capacity; and DOES 3-25, Jointly and Severally,<br><br>                    Defendants. | Case No. 25-cv-04536-NW<br><br><br>**STIPULATION OF DISMISSAL AND** ~~**[PROPOSED]**~~ **ORDER**<br>**[FRCP 41 (a)(1)]** |

//

//

//

//

//

//

1

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above-entitled action filed by Plaintiff, PEDRO IBARRA, an individual against Defendants COUNTY OF SAN BENITO, a municipal corporation; Ken GRIFFIN, in his individual capacity; Donna CARBONERO, in her individual capacity; Karen OVERSTREET, in her individual capacity; and DOES 3-25, (collectively, "Defendants") and all others is dismissed in its entirety with prejudice pursuant to Fed.R.Civ.Pro 41(a)(1), with each party to bear their own costs and attorney fees.

Dated: June 22, 2026        **CABALLERO & GETTLEMAN LAW OFFICE, INC.**

By: _/s/_____
JONATHAN C. GETTLEMAN
ELIZABETH M. CABALLERO
Attorney for Plaintiff,
Pedro Ibarra

Dated: June 22, 2026        **McNAMARA, NEY, BEATTY, SLATTERY, BORGES and AMBACHER, LLC.**

By: ___/s/_____
NOAH BLECHMAN
Attorneys for Defendants
COUNTY OF SAN BENITO, a municipal corporation; KEN GRIFFIN, KAREN OVERSTREET, and DONNA CARBONERO

2

## ORDER

Based on the parties' Stipulation and good cause appearing, IT IS ORDERED that:

1.   Case No. 25-cv-04536-NW is dismissed in its entirety with prejudice pursuant to Fed.R.Civ.Pro 41(a)(1), with each party to bear their own costs and attorney fees.

**IT IS SO ORDERED.**

Dated: June 23, 2026

Honorable Noël Wise
Judge of the United States District Court

3